FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 07 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00040 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 922(g)(1) |
| CHERARD HARRIOTT | ) | 18 U.S.C. §§ 924(c)(1)(A), (c)(1)(B)(ii) |
| a/k/a POOTY | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. §§ 841(b)(1)(C), (D) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about December 28, 2022, in the Eastern District of Arkansas, the defendant,

**CHERARD HARRIOTT,**
a/k/a POOTY,

knowingly possessed a machinegun, that is: a Glock GMBH, model 35, .40 caliber pistol, bearing serial number RAE456, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

### COUNT 2

A.   On or about December 28, 2022, the defendant,

**CHERARD HARRIOTT,**
a/k/a POOTY,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

   1.   Fleeing, in Pulaski County, Arkansas, Circuit Court in Case Number 2015-3513; and

1

   2. Possession of a Schedule VI Controlled Substance in a Detention Facility, in Pulaski County, Arkansas, Circuit Court in Case Number 2018-3547.

 B. On or about December 28, 2022, in the Eastern District of Arkansas, the defendant,

CHERARD HARRIOTT,
a/k/a POOTY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock GMBH, model 35, .40 caliber pistol, bearing serial number RAE456, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

On or about December 28, 2022, in the Eastern District of Arkansas, the defendant,

CHERARD HARRIOTT,
a/k/a POOTY,

knowingly and intentionally possessed a machinegun, that is, a Glock GMBH, model 35, .40 caliber pistol, bearing serial number RAE456, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 841(a)(1), as set forth in Counts 4 and 5 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

## COUNT 4

On or about December 28, 2022, in the Eastern District of Arkansas, the defendant,

CHERARD HARRIOTT,
a/k/a POOTY,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about December 28, 2022, in the Eastern District of Arkansas, the defendant,

CHERARD HARRIOTT,
a/k/a POOTY,

knowingly and intentionally possessed with intent to distribute marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 4 or 5 of this Indictment, the defendant, CHERARD HARRIOTT, a/k/a POOTY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 4 or 5 of this Indictment, the defendant, CHERARD HARRIOTT, a/k/a POOTY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, or 5 of this Indictment, the defendant, CHERARD HARRIOTT, a/k/a POOTY, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]