IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:23-CR-00040-01 LPR**

**CHERARD HARRIOTT**                                                **DEFENDANT**

## GENERAL CRIMINAL SCHEDULING ORDER

This case has been continued and re-set for trial on **November 28, 2023**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Sixty Days Before Trial Date – Government Experts**

  If the Defendant requests, the United States must provide the written summary about expert testimony required by FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G).

- **Thirty Days Before Trial Date – Defense Experts**

  If the Government requests, the Defendant must provide the written summary about expert testimony required by FEDERAL RULE OF CRIMINAL PROCEDURE 16(b)(1)(C).

- **Thirty Days Before Trial Date**

  File a Joint Report answering these questions:

  1. Is this case ready for trial or a plea?

  2. If trial-ready, how many six-hour days are needed?

  3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

  1. In trial-ready cases, file any pre-trial motions, proposed voir dire questions, **and** notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

2. In cases that are not trial-ready or where a guilty plea will be offered, do one of two things.

   a. Get a plea date set with chambers **and** submit the proposed plea agreement (if any) to chambers; or

   b. File a motion for continuance that complies with this Court's Order Regarding Continuances.

IT IS SO ORDERED THIS 24th day of April 2023.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE